# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| | : | |
| v. | : | Crim. No. 13-422 |
| | : | |
| TUSHA LATHAM | : | **<u>DETENTION ORDER</u>** |

    This matter having been opened to the Court on motion of the United States, by John Giordano, United States Attorney for the District of New Jersey (Jonathan S. Garelick, Special Assistant U.S. Attorney, appearing) for an order pursuant to Title 18, United States Code, Sections 3143 and 3148 to detain the Defendant, Tusha Latham, in the above-entitled matter; and the Defendant (by Benjamin West, Assistant Federal Public Defender, appearing) having consented to detention; and the Court having held an initial appearance on March 19, 2025 concerning violations of the terms of the Defendant's supervision in the above-captioned matter; and for good cause shown:

    IT IS, therefore, on this 19th day of March, 2025,

    ORDERED, pursuant to Title 18, United States Code, Sections 3143(a)(1) and 3148(b), that the Defendant, Tusha Latham, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

    ORDERED that such detention be without prejudice to the Defendant's

right to seek release pursuant to Title 18, United States Code, Section 3143 at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States marshal for the purpose of appearances in connection with court proceedings.

_____
Hon. Justin T. Quinn
United States Magistrate Judge